**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

HELEN THOMPSON,

*Plaintiff-Appellant,*

v.

No. 01-2062

CITY OF JACKSONVILLE,

*Defendant-Appellee.*

Appeal from the United States District Court
for the Eastern District of North Carolina, at Wilmington.
James C. Fox, Senior District Judge.
(CA-00-120-7-F1)

Submitted: May 7, 2002

Decided: May 23, 2002

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

### COUNSEL

Jeffrey S. Miller, Jacksonville, North Carolina, for Appellant. Patricia L. Holland, Norwood P. Blanchard, III, CRANFILL, SUMNER & HARTZOG, L.L.P., Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Helen Thompson appeals the district court's order granting summary judgment to Appellee, the City of Jacksonville, and dismissing her civil action. *See Thompson v. City of Jacksonville*, No. CA-00-120-7-F1 (E.D.N.C. July 17, 2001). Thompson claims Appellee wrongfully terminated her based upon her race and sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001). After careful review of the record and the district court's order, we reject Thompson's claims as meritless. Thompson has conceded that her claim "does not dovetail neatly with the *McDonnell Douglas [Corp. v. Green*, 411 U.S. 792, 802 (1973),] framework or its Fourth Circuit progeny." (Appellant's Br. at 7.) Moreover, even giving Thompson the benefit of all permissible inferences, she has failed to create a genuine issue of material fact showing that Appellee's legitimate, non-discriminatory reasons for her termination were pretextual. *See Reeves v. Sanderson Plumbing Prod., Inc.*, 530 U.S. 133, 143 (2000). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*